STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Adam Huddleston
Jones Law Partners
PO Box 14558
Alexandria LA 71315

> Judgment on rehearing rendered and mailed to all parties or counsel of record on January 15, 2025

**REHEARING ACTION: January 15, 2025**

**Docket Number: 24   00265-CA**

**DAVID MORGAN SESSIONS**
**VERSUS**
**ABBYGAIL WILKERSON**

**Appealed from Grant Parish Case No. 26935**

**BEFORE JUDGES:**

  **Hon. Elizabeth A. Pickett**
  **Hon. Sharon Darville Wilson**
  **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Morgan Sessions** has this day been

  **DENIED.**

cc: Stephen J. Spurgeon, Counsel for the Appellee